IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTINA DEJESUS,<br><br>    Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC. AND BIOLIFE PLASMA SERVICES LP,<br><br>    Defendants. | Civil Action No.<br><br>3:23-cv-00001-CDL<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY PENDING MEDIATION

COME NOW, Plaintiff Christina DeJesus ("Plaintiff") and Defendants Takeda Pharmaceuticals U.S.A., Inc. and BioLife Plasma Services LP ("Defendants"), by and through their undersigned counsel, hereby move for this Court for a stay of proceedings in this case pending mediation of this action. In support of this Motion, the parties respectfully state as follows:

1.  Plaintiff filed her Complaint on January 2, 2023, alleging claims under Title VII and Section 1981 for race discrimination, national origin discrimination, and retaliation. She amended her Complaint on January 23, 2023. [Doc. 3].

1

2. On February 28, 2023, Defendants timely filed their Answer to Paintiff's First Amended Complaint. [Doc. 7].

3. Since discovery commenced, the parties have exchanged written discovery and had discussed scheduling depositions, but have agreed to a stay to discuss settlement.

4. The parties would like to focus their efforts at this point on preparing for mediation in hopes of reaching an amicable resolution.

5. Due to counsel's preexisting schedules, including a federal trial set to begin on September 11, the closest date that the parties were able to secure for mediation with the agreed upon mediator was September 26, 2023.

6. A stay in this matter will best serve the interests of justice and will not prejudice either party.

7. The parties request that the Court stay all proceedings and deadlines in this case.

8. The parties agree to notify the Court no later than October 6, 2023, concerning the results of the mediation, and should it not resolve, will motion for an extension of the discovery period at that time.

9. A proposed Order granting the parties' request to stay discovery is submitted with this Motion for the Court's convenience.

Respectfully submitted this 21st day of August, 2023.

| BARRETT & FARAHANY | SEYFARTH SHAW LLP |
|---|---|
| /s/ *Matthew C. Billips* | /s/ *Travis M. Cashbaugh* |
| Matthew C. Billips | Alex S. Drummond |
| Georgia Bar No. 057110 | Georgia Bar No. 231116 |
| matt@justiceatwork.com | adrummond@seyfarth.com |
| PO Box 530092 | Travis M. Cashbaugh |
| Atlanta, GA 30353 | Georgia Bar No. 380162 |
| Telephone: (404) 214-0120 | tcashbaugh@seyfarth.com |
| Facsimile: (404) 214-0125 | 1075 Peachtree Street, N.E. |
| | Suite 2500 |
| *Counsel for Plaintiff* | Atlanta, Georgia 30309-3958 |
| | Telephone: (404) 885-1500 |
| | Facsimile: (404) 892-7056 |
| | |
| | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTINA DEJESUS,<br><br>    Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC. AND BIOLIFE PLASMA SERVICES LP,<br><br>    Defendants. | Civil Action No.<br><br>3:23-cv-00001-CDL<br><br>JURY TRIAL DEMANDED |

## **ORDER**

The above-styled case is presently before the Court on the Parties' *Joint Motion to Stay Pending Mediation*. After careful consideration and for good cause shown, the Joint Motion is **GRANTED** and all proceedings and pending deadlines in the case are stayed. The parties shall inform the Court promptly whether or not a settlement has reached no later than October 6, 2023.

IT IS SO ORDERED, this ___ day of _____, 2023.

_____
THE HONORABLE CLAY D. LAND
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTINA DEJESUS,<br><br>    Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC. AND BIOLIFE PLASMA SERVICES LP,<br><br>    Defendants. | Civil Action No.<br><br>3:23-cv-00001-CDL<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Joint Motion to Stay Pending Mediation* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted the 21st day of August, 2023.

**BARRETT & FARAHANY**

/s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110

5